UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHARON MURPHY**                                    Case No. 6:16-cv-00700-JE

      Plaintiff,

vs.

                                   PROPOSED ORDER FOR EAJA FEES

**COMMISSIONER of Social Security**,
      Defendant.

      Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$7000.00** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program.  See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  There are costs, in the form of a filing fee in the amount of $400, compensable under 28 U.S.C.A. § 2412 (2).  There are no expenses.

      If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Patricia McCabe, based upon Plaintiff's assignment of these amounts to Plaintiff's attorneys.  Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

Patricia McCabe
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406

DATED this __7th__ day of August, 2017.     /s/ John Jelderks
                                         HON. JOHN JELDERKS
                                         UNITED STATES MAGISTRATE JUDGE

Presented by:
/s/__Linda Ziskin_____
**LINDA ZISKIN,** OSB # 011067

(503) 889-0472

Of Attorneys for Plaintiff